FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 12, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL JAMES KEGLEY,<br><br>               Plaintiff,<br><br>    v.<br><br>SPOKANE CO COURT HOUSE and POLICE DEPT.,<br><br>               Defendants. | No.   2:26-cv-109-EFS<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE/*IN FORMA PAUPERIS* REQUIREMENTS** |

By Order filed April 8, 2026, the Court directed Plaintiff, an individual incarcerated at the Airway Heights Corrections Center, to comply with the Prison Litigation Reform Act of 1995 (PLRA) by providing a certified statement of his account, also known as a "PLRA

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE/*IN FORMA PAUPERIS* REQUIREMENTS -- 1

Statement" for the six-month period preceding March 6, 2025.[1] In the alternative, Plaintiff could have paid the $405.00 filing fee.

Plaintiff did not supply the documentation required by 28 U.S.C. §1915(a)(2). He has filed nothing further in this action. Plaintiff is proceeding *pro se.* Defendants have not been served.

For the reasons set forth above and in the Court's prior Order,[2] the Court dismisses this action without prejudice for failure to comply with the filing fee and *in forma pauperis* requirements of 28 U.S.C. §§ 1914 and 1915.

Accordingly, **IT IS HEREBY ORDERED:**

1.    This action is **DISMISSED** without prejudice for failure to comply with the filing fee and *in forma pauperis* requirements of 28 U.S.C. §§ 1914 and 1915.

2.    The Clerk's Office shall **CLOSE** the file.

---

[1] *See* 28 U.S.C. § 1915(a)(2); ECF No. 6.

[2] ECF No. 6

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE/*IN FORMA PAUPERIS* REQUIREMENTS – 2

3.    The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith and would lack any arguable basis in law or fact.

IT IS SO ORDERED. The Clerk's Office is directed to file this order, enter judgment, and provide copies to Plaintiff.

DATED this 12th day of May 2026.

_____
EDWARD F. SHEA
Senior United States District Judge

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE/*IN FORMA PAUPERIS* REQUIREMENTS -- 3