AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## May 12, 2026

SEAN F. McAVOY, CLERK

MICHAEL JAMES KEGLEY,

*Plaintiff*

v.

SPOKANE CO COURT HOUSE
and POLICE DEPT.,

*Defendant*

Civil Action No.   2:26-cv-109-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   This action is DISMISSED without prejudice for failure to comply with the filing fee and in forma pauperis requirements
of 28 U.S.C. §§ 1914 and 1915.
The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of the Order filed 5/12/2026 would not be taken in
good faith and would lack any arguable basis in law or fact.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge   EDWARD F. SHEA _____

Date:  5/12/2026 _____                    *CLERK OF COURT*

s/Sean F. McAvoy _____
*Signature of Clerk*